IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04cr227 |
| v. | ) | |
| DANIEL RODGERS, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 36 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 36 from the record.

DATED this 1st day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge